UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:14-CV-02044 |
| | ) |
| -vs- | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| CASE WESTERN RESERVE | ) |
| UNIVERSITY, et al., | ) **PLAINTIFF'S MOTION FOR** |
| | ) **PRELIMINARY PROTECTIVE ORDER** |
| Defendants. | ) |
| | ) |

Plaintiff respectfully moves this Honorable Court under Fed. R. Civ. P. 5.2(e) for a preliminary order protecting Plaintiff and Jane Roe's names from public disclosure during the initial stages of litigation. Because service has yet to be perfected and counsel has yet to make an appearance, Plaintiff has not conferred with the Parties on this matter. However, the Motion is supported by good cause. Plaintiff seeks a protective order concerning his and Jane Roe's true names, in order to protect highly sensitive and personal details about their relations and, relatedly, to protect Plaintiff's professional reputation. *Doe v. Porter,* 370 F.3d 558 (6th Cir. 2004); *Citizens for a Strong Ohio v. Marsh*, 123 F. App'x 630 (6th Cir. Jan. 3, 2005); *G.E.G. v. Shineski*, Case No. 1:10-CV-1124, 2012 U.S. Dist. LEXIS 13973 (W.D. Mich. Feb. 6, 2012).

Pending further discussion among the Parties regarding the use of Jane Roe's and Plaintiff's names in pleading and discovery matters, Plaintiff asks the Court to protect the true names of Plaintiff and Jane Roe from public disclosure.

1

WHEREFORE, Plaintiff prays that this Honorable Court grant his Motion and issue a preliminary order protecting him and Jane Roe from the public disclosure of their true names.

Respectfully submitted,

s/ Terry H. Gilbert
Terry H. Gilbert (0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
Phone: (216) 241-1430
Fax: (216) 621-0427
Email: tgilbert@f-glaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2014, a copy of the foregoing was filed electronically. Notice of this filing is available to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also sent via regular U.S. mail to all Parties:

CASE WESTERN RESERVE UNIVERSITY
C/O Elizabeth J. Keefer,
10900 Euclid Avenue
Adelbert Hall, Room 311
Cleveland, Ohio 44106-7020

THE CLEVELAND CLINIC FOUNDATION DBA CLEVELAND CLINIC LERNER COLLEGE OF MEDICINE OF CASE WESTERN RESERVE UNIVERSITY
9500 Euclid Avenue
Mail Code Na-4
Cleveland, Ohio 44195

KATHLEEN FRANCO, M.D.
Cleveland Clinic Main Campus
Mail Code Na21
9500 Euclid Avenue
Cleveland, Ohio 44195

                                                      s/ Terry H. Gilbert
                                                     TERRY H. GILBERT
                                                     Attorney for Plaintiff