UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 1:14-cv-02044 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | **JOINT MOTION FOR PROTECTIVE** |
| | ) | **ORDER** |
| CASE WESTERN RESERVE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff John Doe and Defendants Case Western Reserve University, The Cleveland Clinic Foundation d/b/a Cleveland Clinic Lerner College of Medicine of Case Western Reserve University, and Kathleen Franco, M.D., by and through counsel, hereby respectfully request that the Court approve the attached Stipulated Protective Order (attached as Exhibit A) to allow for and facilitate the exchange of confidential documents and information in the above-captioned case.

Respectfully submitted,

/s/ Terry H. Gilbert (per email consent)
Terry H. Gilbert (#0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
216.241.1430
216.621.0427 (FAX)
tgilbert@f-glaw.com

*Attorney for Plaintiff*

/s/ Rebecca J. Bennett
Rebecca J. Bennett (#0069566)
Thomas H. Barnard (#0001569)
Kelly L. Hamilton (#0085341)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
rebecca.bennett@ogletreedeakins.com
thomas.barnard@ogletreedeakins.com
kelly.hamilton@ogletreedeakins.com

*Attorneys for Defendants*

Peter M. Poulos (#0047210)
Case Western Reserve University
10900 Euclid Avenue, Suite 311
Cleveland, Ohio 44106-7020
216.368.4286
216.368.5481 (FAX)
pmp17@case.edu

*Attorney for Defendant Case Western Reserve University*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, a copy of the foregoing *Joint Motion for Protective Order* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rebecca J. Bennett
Rebecca J. Bennett (#0069566)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
rebecca.bennett@ogletreedeakins.com

*One of the Attorneys for Defendants*

19836355.1

1